IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AHMAD SIMMONS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-08186 |
| v. ) | |
| ) | |
| THE STATE OF ILLINOIS *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 18, and November 19, 2022 Orders (ECF Nos. 115 and 117), the parties submit this joint status report.

The Court has ordered the parties to file a joint status report updating the Court on the following two issues: (1) whether the parties need to brief IDOC Defendants' objections to the topics in Plaintiff's Rule 30(b)(6) notice; and (2) whether IDOC Defendants require additional depositions to complete fact discovery. *See* ECF 115. The parties report as follows:

1) They will need to brief the IDOC Defendants' objections to the Rule 30(b)(6) topics. Plaintiff can prepare a motion to compel on this subject by December 16, 2022.

2) The IDOC Defendants will not require additional depositions to complete fact discovery.

Dated: December 2, 2022                                     Respectfully submitted,

*/s/ Marrian M. Daniel*                                          /s/ *Stephen H. Weil*
Marrian M. Daniel                                                Stephen H. Weil
Assistant Attorney General                                   Loevy & Loevy
Office of the Illinois Attorney General                   311 N. Aberdeen Street, Third Floor
General Law Bureau, Prisoner Litigation            Chicago, IL 60607
100 W. Randolph St., 13th Floor                          312-243-5900
Chicago, Illinois 60601                                           weil@loevy.com
Office: (312) 814-4752
Marriam.Daniel@ilag.gov
*Attorney for IDOC Defendants*                            *Attorneys for Plaintiff Ahmad Simmons*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2022, a true and correct copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

      /s/ Stephen H. Weil