## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Ahmad Simmons

                     Plaintiff,

v.                                                 Case No.: 1:18−cv−08186
                                                    Honorable John J. Tharp Jr.

Wexford Health Sources Inc, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 11, 2023:

      MINUTE entry before the Honorable Young B. Kim: Defendant IDOC's motion for extension of time [129] is granted over Plaintiff's objection. Parties are to complete Defendant IDOC's Rule 30(b)(6) deposition by May 31, 2023. Parties now have until June 7, 2023, to file a joint status report advising the court whether they require expert discovery in this case. Over the last decade, this court has had the pleasure of working with many Assistant Attorney Generals and find them to be dedicated, hardworking, and effective advocates for the State of Illinois and its agencies and employees. However, the court has also noticed from frequent attorney reassignments and extension motions that this corps of effective litigators appears to be consistently without adequate resources and management support. The court grants the motion here so that the newly assigned attorney is not burdened even more than she already is from the lack of resources. That said, the court will implement meaningful measures if IDOC fails to produce adequately prepared designees and/or the deposition is not completed by the new deadline. Attorney Elizabeth Mallory is ordered to file her appearance as soon as possible. A courtesy copy of this order is emailed to "e.andonovamallory@ilag.gov." Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.