# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

AHMAD SIMMONS,

                Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., et al.

                Defendants.

Case Number 18 cv 8186

Honorable Judge John J. Tharp, Jr.

## STIPULATION TO DISMISS CLAIMS

Plaintiff, AHMAD SIMMONS, and Defendants, WEXFORD HEALTH SOURCES, INC. ("Wexford"), CLAUDE OWIKOTI ("Owikoti"), MARY DIANE SCHWARZ ("Schwarz"), and TINA TOMARAS ("Tomaras"), hereby stipulate to the dismissal of Plaintiff's claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendants agree as follows:

1.    Pursuant to the settlement agreement reached by and between Plaintiff and Wexford, Plaintiff voluntarily dismisses his claims against Wexford, with prejudice.

2.    Plaintiff voluntarily dismisses his claims against Defendants, Owikoti, Schwarz, and Tomaras, with prejudice

3.    Each party shall bear his own attorneys' fees, costs and expenses incurred in connection with litigating this claim.

AGREED:

*/s /Steve Weil*
Steve Weil
*Counsel for Plaintiff*

*/s/ Joseph J. Lombardo*
Cassiday Schade LLP
*Counsel for Defendants*
WEXFORD HEALTH SOURCES, INC.,
CLAUDE OWIKOTI, MARY DIANE
SCHWARZ, and TINA TOMARAS

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Joseph J. Lombardo