# EXHIBIT 3

6/8/23, 5:53 PM
Loevy & Loevy Mail - Automatic reply: [EXTERNAL] Re: Deposition scheduling for Simmons v. IDOC, et al. 18-cv-08186

Case: 1:18-cv-08186 Document #: 143-3 Filed: 06/08/23 Page 2 of 2 PageID #:1023



Steve Weil <weil@loevy.com>

## Automatic reply: [EXTERNAL] Re: Deposition scheduling for Simmons v. IDOC, et al. 18-cv-08186
1 message

**Andonova Mallory, Elizabeth** <E.AndonovaMallory@ilag.gov>  Tue, Apr 25, 2023 at 1:58 PM
To: Steve Weil <weil@loevy.com>

Hello,

I will be out of the office for trial from April 24, 2023, through April 28, 2023. I will respond to your email when I return on May 1, 2023.

Best,

Elizabeth