IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD SIMMONS, ) <br> ) <br> Plaintiff, ) <br> ) Case no. 18-cv-08186 <br> ) <br> v. ) <br> ) Honorable John J. Tharp, Jr. <br> ILLINOIS DEPARTMENT OF ) Magistrate Judge Young B. Kim <br> CORRECTIONS, *et al.*, ) <br> ) <br> Defendants. | |

## STIPULATION TO DISMISS

Plaintiff, Ahmad Simmons, by his attorney, Stephen Weil of Loevy & Loevy, and the Defendants, the Illinois Department of Corrections, Arella Holloway, Baldeau Singh, Liliokalani Thomas, Nwadiutor Ifezue, Robert Santos, Sarah Mays, and William Mulcahey, by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

    1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

    2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

*Ahmad Simmons*
Ahmad Simmons (Mar 19, 2024 13:27 EDT)
Plaintiff
Ahmad Simmons

19/03/2024
Date

/s/ Stephen Weil
Stephen Weil
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
*Counsel for Plaintiff*

Date: 3/20/24

/s/ Marrian M. Daniel
Marrian M. Daniel
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
115 S. LaSalle St., 28th Floor
Chicago, Illinois 60603
(312) 814-4752
*Counsel for IDOC Defendants*

Date: 3/20/24

Rev. 2-24-20